Compilation of Laws

FILED
SUPERIOR COURT
OF GUAM

2013 DEC 30 PM 4: 43

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SUVAS D. PATEL,<br><br>Plaintiff,<br><br>v.<br><br>BIJAL M. PATEL,<br><br>Defendant. | DOMESTIC CASE NO. DM 0845-11<br><br>**DECISION AND ORDER** |

This matter came before the Honorable Arthur R. Barcinas on the 10th day of December, 2013, on filing of the *pro se* Plaintiff's Motion for Leave to Exceed the Number of Pages in the Memorandum in Support of a Motion for Summary Judgment. The Scheduling Order and Discovery Plan for this case, issued on May 9, 2012, required that all dispositive motions be filed on or before July 2, 2012. Accordingly, as the Court advised the Plaintiff at hearing on August 23, 2013, the time for filing a summary judgment motion has passed. Because the Plaintiff's motion is premised on the filing of a subsequent summary judgment motion that would be untimely, it cannot be granted. The Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED** this day of ___DEC 3 0 2013___.

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam

DEC 3 0 2013

Benny O. Cruz
Deputy Clerk Superior Court of Guam

_____
HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam